UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>            Plaintiff,<br><br>    v.<br><br>NOVASTAR FINANCIAL, INC. and NOVASTAR MORTGAGE, INC.,<br><br>            Defendants. | Civil Action No. 07-861 (RCL) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants NovaStar Financial, Inc., and NovaStar Mortgage, Inc., respectfully request that the Court enter an order dismissing with prejudice plaintiff's claims under 42 U.S.C. § 3604 from the Complaint. That provision does not apply to discrimination in the availability of mortgage financing. A Memorandum of Points and Authorities in support and a Proposed Order accompany this Motion to Dismiss. Pursuant to Local Civil Rule 7(f), oral argument is requested.

Dated:   Washington, DC
         May 30, 2007

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By:   /s/ Mitchel H. Kider_____
      Mitchel H. Kider (Bar No. 358531)
      David M. Souders (Bar No. 441491)
      Brian P. Perryman (Bar No. 491034)
      1300 19th Street, NW, Fifth Floor
      Washington, DC 20036-1609
      Telephone: (202) 628-2000
      Facsimile: (202) 628-2011
      Email: kider@wbsk.com
      Email: souders@wbsk.com
      Email: perryman@wbsk.com