## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, ) ) ) ) Plaintiff, ) ) v. ) ) NOVASTAR FINANCIAL, INC., and ) NOVASTAR MORTGAGE, INC., ) ) Defendants. ) | Civil Action No. 07-861 (RCL) |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rule 7.1, counsel for defendants NovaStar Financial, Inc., and NovaStar Mortgage, Inc., states as follows:

I, the undersigned counsel of record for defendants NovaStar Financial, Inc., and NovaStar Mortgage, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of NovaStar Financial, Inc., and NovaStar Mortgage, Inc., which have any outstanding securities in the hands of the public:

NovaStar Financial, Inc. (NFI, NYSE)

These representations are made in order that the judges of this Court may determine the need for recusal.

Dated: Washington, DC
May 30, 2007

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By: /s/David M. Souders_____
David M. Souders (Bar No. 441491)
1300 19th Street, NW, Fifth Floor
Washington, DC 20036-1609
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
Email: souders@wbsk.com

F:\98054\054\lbpp1695oth Corp. Disclosure.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2007, a copy of the foregoing Defendant's Corporate Disclosure Statement was served via electronic notification upon the following:

John Peter Relman
RELMAN & DANE, PLLC
1225 19th Street, N.W.
Suite 600
Washington, DC 20036-2456
Phone: (202) 728-1888
Fax: (202) 728-0848
Email: jrelman@relmanlaw.com

    /s/ David M. Souders
    Mitchel H. Kider (Bar No. 358531)
    David M. Souders (Bar No. 441491)
    Brian P. Perryman (Bar No. 491034)
    1300 19th Street, NW, Fifth Floor
    Washington, DC 20036-1609
    Telephone: (202) 628-2000
    Facsimile: (202) 628-2011
    Email: kider@wbsk.com
    Email: souders@wbsk.com
    Email: perryman@wbsk.com