AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL COMMUNITY REINVESTMENT COALITION,

SUMMONS IN A CIVIL CASE

V.

NOVASTAR FINANCIAL INC.,

and

NOVASTAR MORTGAGE INC.

Case: 1:07-cv-00861
Assigned To : Lamberth, Royce C.
Assign. Date : 5/9/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

NOVASTAR FINANCIAL INC.,
300 East Lombard Street
Baltimore, Maryland 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Relman
Bradley H. Blower
~~[redacted]~~
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**          MAY - 9 2007

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 05/11/07 @ 2:30 PM |
| NAME OF SERVER (PRINT)<br>Ada Patterson | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: THE CORPORATION TRUST INC.
300 E. LOMBARD ST. BALTIMORE, MD. 21202

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): REGISTERED AGENT SERVED; DOCUMENTS RECEIVED BY:
LEONA JONES - FULFILLMENT SPECIALIST.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/11/2007          [signature]
                Date              Signature of Server

2560 Harlem Ave. Balto. MD. 21216
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.