AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL COMMUNITY REINVESTMENT COALITION,

**SUMMONS IN A CIVIL CASE**

V.

NOVASTAR FINANCIAL INC.,

and

NOVASTAR MORTGAGE INC.

CASE

Case: 1:07-cv-00861
Assigned To : Lamberth, Royce C.
Assign. Date : 5/9/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

NOVASTAR MORTGAGE INC.
8699 Butterfield Avenue
Richmond, Virginia 23229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Relman
Bradley H. Blower

RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY - 9 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  May 10, 2007 |
| NAME OF SERVER (PRINT)  James A. Justis | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Corporate Service Served CT Corporation System R/A Papers Left with Katie Bosh, Process Clerk

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 10, 2007        *[signature]*
              Date                Signature of Server

6409 Mallory Dr.
Richmond, VA 23226

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.