# United States District Court
# For the District of Columbia

National Community
Reinvestment Coalition           )
        Plaintiff(s)         )        **APPEARANCE**
                             )
                             )
        vs.                  )        CASE NUMBER    1:07-cv-00861-RCL
NovaStar Financial Inc., et al.  )
                             )
        Defendant(s)         )


To the Clerk of this court and all parties of record:


Please enter the appearance of   Glenn Schlactus   as counsel in this
                                (Attorney's Name)

case for:   National Community Reinvestment Coalition
                       (Name of party or parties)


August 1, 2007                              _[signature]_
Date                                        Signature

                                            Glenn Schlactus
#475950                                     Print Name
BAR IDENTIFICATION
                                            1225 19th Street NW Suite 600
                                            Address

                                            Washington, DC 20036
                                            City           State          Zip Code

                                            (202) 728-1888
                                            Phone Number