# United States District Court
# For the District of Columbia

National Community  
Reinvestment Coalition            )  
      Plaintiff(s)            )   **APPEARANCE**  
                  )  
                  )  
      vs.            )   CASE NUMBER   1:07-cv-00861-RCL  
NovaStar Financial Inc., et al.            )  
                  )  
      Defendant(s)            )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __Bradley H. Blower__ as counsel in this
          (Attorney's Name)

case for: __National Community Reinvestment Coalition__
          (Name of party or parties)

August 3, 2007  
Date

*[Signature]*  
Signature

#421112  
BAR IDENTIFICATION

Bradley H. Blower  
Print Name

1225 19th Street NW, Ste. 600  
Address

Washington D.C. 20036  
City   State   Zip Code

(202) 728-1888  
Phone Number