# United States District Court
# For the District of Columbia

National Community
Reinvestment Coalition )
       Plaintiff(s) ) **APPEARANCE**
)
)
       vs. ) CASE NUMBER 1:07-cv-00861-RCL
NovaStar Financial Inc., et al. )
)
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Elena Grigera__ as counsel in this
                                (Attorney's Name)

case for: __National Community Reinvestment Coalition__
                (Name of party or parties)

August 3, 2007
Date

Signature
Elena Grigera
Print Name

#491678
BAR IDENTIFICATION

1225 19th Street NW, Ste. 600
Address

Washington D.C. 20036
City      State      Zip Code

(202) 728-1888
Phone Number