UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>    Plaintiff,<br><br>  v.<br><br>NOVASTAR FINANCIAL, INC.,<br><br>and<br><br>NOVASTAR MORTGAGE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-00861 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF ELENA GRIGERA FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF NATIONAL COMMUNITY REINVESTMENT COALITION**

  I, Elena Grigera, of Relman & Dane, PLLC, hereby request leave of this court to withdraw as counsel for Plaintiff in the above-captioned case. Effective January 21, 2008, I will no longer be employed by Relman & Dane, PLLC. John P. Relman, Bradley H. Blower, and Glenn Schlactus of Relman & Dane, PLLC will remain counsel of record for Plaintiff.

              Respectfully submitted,

                /s/  Elena Grigera_____
              John P. Relman (Bar No. 405500)
              Bradley H. Blower (Bar No. 421112)
              Glenn Schlactus (Bar No. 475950)
              Elena Grigera (Bar No. 491678)
              RELMAN & DANE, PLLC
              1225 19th Street NW, Suite 600
              Washington, DC 20036
              (202) 728-1888

              *Attorneys for Plaintiff*

January 17, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATIONAL COMMUNITY REINVESTMENT COALITION**, <br><br> Plaintiff, <br><br> v. <br><br> **NOVASTAR FINANCIAL, INC.**, <br><br> and <br><br> **NOVASTAR MORTGAGE, INC.**, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07-cv-00861 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Upon consideration of counsel Elena Grigera's Motion for Leave to Withdraw as Counsel for Plaintiff National Community Reinvestment Coalition, it is this _____ day of _____, 2008 hereby

ORDERED that Elena Grigera be withdrawn as counsel for Plaintiff in the above-captioned case.

IT IS SO ORDERED.

_____
United States District Judge