UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL COMMUNITY REINVESTMENT COALITION**, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:07-cv-00861 (RCL) |
| **NOVASTAR FINANCIAL, INC.**, | ) ) ) |
| and | ) ) |
| **NOVASTAR MORTGAGE, INC.**, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of counsel Elena Grigera's Motion for Leave to Withdraw as Counsel for Plaintiff National Community Reinvestment Coalition, it is this 18th day of January, 2008 hereby

ORDERED that Elena Grigera be withdrawn as counsel for Plaintiff in the above-captioned case.

IT IS SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 18, 2008.