UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC. and NOVASTAR MORTGAGE, INC.,<br><br>Defendants. | Civil Action No. 07-861 (RCL) |

**MOTION OF BRIAN P. PERRYMAN FOR LEAVE
TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

I, Brian P. Perryman, of the law firm of Weiner Brodsky Sidman Kider PC, hereby request leave of this Court to withdraw as counsel for defendants in the above-captioned action. Effective March 1, 2008, I will no longer be employed by Weiner Brodsky Sidman Kider PC. Mitchel H. Kider and David M. Souders will remain as counsel of record for defendants.

A proposed Order accompanies this motion.

Dated:  Washington, DC
        February 20, 2008

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By:  /s/ Brian P. Perryman
     Mitchel H. Kider (Bar No. 358531)
     David M. Souders (Bar No. 441491)
     Brian P. Perryman (Bar No. 491034)
     1300 19th Street, NW, Fifth Floor
     Washington, DC 20036-1609
     Telephone: (202) 628-2000
     Facsimile: (202) 628-2011
     Email: kider@wbsk.com
     Email: souders@wbsk.com
     Email: perryman@wbsk.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC. and NOVASTAR MORTGAGE, INC.,<br><br>Defendants. | Civil Action No. 07-861 (RCL) |

## [PROPOSED] ORDER

Upon consideration of counsel Brian P. Perryman's Motion for Leave to Withdraw as Counsel for Defendants, it is this _____ day of _____, 2008, ORDERED that Brian P. Perryman be withdrawn as counsel of record for the defendants in the above-captioned action.

IT IS SO ORDERED.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2008, a copy of the foregoing Motion to Withdraw was served via electronic notification upon the following:

John Peter Relman
Bradley H. Blower
RELMAN & DANE, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
jrelman@relmanlaw.com
bblower@relmanlaw.com

/s/ Brian P. Perryman
Brian P. Perryman (Bar No. 491034)

F:\98054\054\lbpp1695oth Withdraw.doc