UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL COMMUNITY REINVESTMENT COALITION**, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Case No. 1:07-cv-00861 (RCL) |
| **NOVASTAR FINANCIAL, INC.**, | ) ) ) |  |
| and | ) ) |  |
| **NOVASTAR MORTGAGE, INC.**, | ) ) ) |  |
| Defendants. | ) ) |  |

**MOTION FOR ENTRY OF DEFAULT**

Plaintiff National Community Reinvestment Coalition, through undersigned counsel, hereby respectfully requests that the Clerk of the United States District Court for the District of Columbia enter default under Fed. R. Civ. P. 55(a) in the above-captioned matter against Defendants NovaStar Financial, Inc. and NovaStar Mortgage, Inc. ("Defendants") on the ground that the Defendants have not filed an Answer to the Complaint as required by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 12(a)(4). Plaintiff, through a process server, served the Complaint and summons on an authorized agent of Defendant NovaStar Mortgage, Inc. on May 10, 2007, and on an authorized agent of Defendant NovaStar Financial, Inc. on May 11, 2007. Defendants jointly filed a Motion to Dismiss on May 30, 2007, which the Court denied on March 31, 2008. Under Fed. R. Civ. P. 12(a)(4), Defendants were required to file an Answer within ten days of the denial of their Motion to Dismiss. As of the filing of this motion, Defendants have not submitted an Answer to the Complaint.

The above stated facts are set forth in the accompanying declaration of Bradley H. Blower, counsel for Plaintiff, along with the proofs of service, which are attached thereto. A proposed order is attached for the Court's consideration.

Dated: April 28, 2008

Respectfully submitted,

 /s/  Bradley H. Blower
John P. Relman (Bar No. 405500)
Bradley H. Blower (Bar No. 421112)
Glenn Schlactus (Bar No. 475950)

RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC.,<br><br>and<br><br>NOVASTAR MORTGAGE, INC.,<br><br>Defendants. | Case No. 1:07-cv-00861 (RCL) |

### DECLARATION OF BRADLEY H. BLOWER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, Bradley H. Blower, declare:

1.   I am an attorney at Relman & Dane, PLLC, which represents Plaintiff the National Community Reinvestment Coalition ("NCRC") in the above-captioned case. I have personal knowledge of the facts set forth herein.

2.   On May 9, 2007, Plaintiff filed a Complaint in United States District Court for the District of Columbia alleging discrimination on the basis of race, color, racial composition, national origin, and disability in the provision of mortgage loans by Defendants NovaStar Financial, Inc. and NovaStar Mortgage, Inc. ("Defendants") in violation of the Fair Housing Act of 1968, as amended, 42 U.S.C. § 3601 et seq.

3. Service was effected on Defendant NovaStar Mortgage, Inc. by delivering the Complaint and summons to its authorized agent, CT Corporation System, on May 10, 2007. <u>See</u> Attachment A (proof of service on NovaStar Mortgage, Inc.).

4. Service was effected on Defendant NovaStar Financial, Inc. by delivering the Complaint and summons to its authorized agent, The Corporation Trust Inc., on May 11, 2007. <u>See</u> Attachment B (proof of service on NovaStar Financial, Inc.).

5. On May 30, 2007, Defendants filed a Motion to Dismiss.

6. On March 31, 2008, the Court denied Defendants' Motion to Dismiss.

7. More than ten days have elapsed since the Court's order. Defendants' Answer was due on April 14. Fed. R. Civ. P. 12(a)(4).

8. As of the date of this declaration, Defendants have not filed an Answer to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2008.

*[signature: Bradley H. Blower]*
Bradley H. Blower

# ATTACHMENT A

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL COMMUNITY REINVESTMENT
COALITION,

**SUMMONS IN A CIVIL CASE**

V.

NOVASTAR FINANCIAL INC.,

and

NOVASTAR MORTGAGE INC.

CASE

Case: 1:07-cv-00861
Assigned To : Lamberth, Royce C.
Assign. Date : 5/9/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

NOVASTAR MORTGAGE INC.
8699 Butterfield Avenue
Richmond, Virginia 23229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Relman
Bradley H. Blower

RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           MAY - 9 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MAY 10, 2007 |
| NAME OF SERVER (PRINT) JAMES A. JUSTIS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

_____

G    Other (specify): CORPORATE SERVICE SERVED CT CORPORATION SYSTEM R/A PAPERS LEFT WITH KATIE BOSH, PROCESS CLERK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    MAY 10, 2007      _signature_
               Date            Signature of Server

6409 MALLORY DR.
RICHMOND, VA 23226

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ATTACHMENT

# B

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL COMMUNITY REINVESTMENT COALITION,

**SUMMONS IN A CIVIL CASE**

V.

NOVASTAR FINANCIAL INC.,

and

NOVASTAR MORTGAGE INC.

Case: 1:07-cv-00861
Assigned To : Lamberth, Royce C.
Assign. Date : 5/9/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

NOVASTAR FINANCIAL INC.,
300 East Lombard Street
Baltimore, Maryland 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Relman
Bradley H. Blower
[redacted]
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY - 9 2007

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 05/11/07 @ 2:30 PM |
| NAME OF SERVER (PRINT) Ada Patterson | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

- (G) Served personally upon the defendant. Place where served: THE CORPORATION TRUST INC. 300 E. LOMBARD ST. BALTIMORE, MD. 21202

- G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- G Returned unexecuted: _____

- (G) Other (specify): REGISTERED AGENT SERVED: DOCUMENTS RECEIVED BY: LEONA JONES - FULFILLMENT SPECIALIST.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05/11/2007
Date

Signature of Server

3560 Harlem Ave. Balto. MD. 21216
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL COMMUNITY REINVESTMENT COALITION**, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-00861 (RCL) |
| **NOVASTAR FINANCIAL, INC.**, | ) ) ) | |
| and | ) ) | |
| **NOVASTAR MORTGAGE, INC.**, | ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Entry of Default, it is this _____ day of

_____, 2008 hereby

ORDERED that the Motion is GRANTED;

The Clerk of the Court is DIRECTED to enter a default judgment against Defendants NovaStar Financial, Inc. and NovaStar Mortgage, Inc. for failure to answer the complaint.

IT IS SO ORDERED.

_____
The Honorable Royce C. Lamberth
United States District Court Judge

The Clerk shall serve a copy of this order on:

Mitchell H. Kider
David M. Souders
1300 19th Street, N.W., Fifth Floor
Washington, D.C. 20036-1609
Phone: (202) 628-2000
Fax: (202) 628-2011
kider@wbsk.com
souders@wbsk.com

*Counsel for Defendant NovaStar Financial, Inc. and NovaStar Mortgag, Inc.*


John P. Relman
Bradley H. Blower
Glenn Schlactus
Relman & Dane, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036-2456
Phone: (202) 728-1888
Fax: (202) 728-0848
jrelman@relmanlaw.com
bblower@relmanlaw.com
gschlactus@relmanlaw.com

*Counsel for Plaintiff National Community Reinvestment Coalition*