UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY, REINVESTMENT COALITION<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR FINANCIAL, INC. and NOVASTAR MORTGAGE, INC.,<br><br>Defendants. | Civil Action No. 07-0861 (RCL) |

### ORDER

Upon consideration of defendants' Motion [17] to File Answer Out of Time and to Deny the Pending Motion for Entry of Default, and the record herein, it is hereby

ORDERED that defendant's motion [17] be, and is hereby, GRANTED, and the Answer filed by defendants as Exhibit A to their motion shall be deemed filed as of this date. It is further

ORDERED that plaintiff's motion for entry of default is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 1, 2008.