UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL COMMUNITY, REINVESTMENT COALITION | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0861 (RCL) |
| NOVASTAR FINANCIAL, INC. and NOVASTAR MORTGAGE, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Defendants NovaStar Financial, Inc. and NovaStar Mortgage, Inc. have filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within fourteen (14) days thereafter, and in accordance with Local Rule 16.3(d), the parties shall jointly submit the following:

(1) a written report outlining the discovery plan; and

(2) a proposed scheduling order.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on June 4, 2008.