UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NOVASTAR FINANCIAL, INC. and NOVASTAR MORTGAGE, INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0861 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Upon consideration of the Joint Rule 16.3 Report, it is hereby

ORDERED that the following schedule for discovery, dispositive motions, pretrial conference, and trial is adopted:

| Event | Date/Deadline |
|---|---|
| Initial Disclosures | July 23, 2008 |
| Deadline for Amending Pleadings or Joining Other Parties | August 27, 2008 |
| Proponent's Rule 26(a)(2) Statements | October 24, 2008 |
| Opponent's Rule 26(a)(2) Statements | November 14, 2008 |
| Deadline for Depositions of Expert Witnesses | December 12, 2008 |
| All Discovery Closed | December 12, 2008 |
| Dispositive Motions Due | January 16, 2009 |
| Oppositions to Dispositive Motions Due | February 16, 2009 |

| | |
|---|---|
| Replies in Support of Dispositive Motions | February 27, 2009 |
| Pretrial Conference | to be determined by the Court |
| Jury Trial | to be determined by the Court |

Discovery requests pursuant to Federal Rules of Civil Procedure 33, 34 and 36 shall be submitted on or before thirty (30) days from the close of discovery.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 23, 2008.